

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00332-CV

KATRINA AHRENS,

                                                                        Appellant

 v.

DALLAS POLICE ASSOCIATION, DPA'S
ASSIST THE OFFICER FOUNDATION, INC.,
FREDERICK FRAZIER, CITY OF DALLAS,
AND ZAC PRODUCTS II, LLC,

                                                                        Appellees

**From the 249th District Court
Johnson County, Texas
Trial Court No. DC-C201700365**

## O R D E R

Katrina Ahrens appeals the trial court's Order Granting Emergency Motion for Protective Order signed on October 3, 2017.  In a letter dated October 24, 2017, we questioned whether we had jurisdiction of this appeal and requested a response from Ahrens within 14 days from the date of the letter.  A response was filed.

We now request a response from the appellees in this appeal. Any response must be filed within 14 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Order issued and filed November 15, 2017

